AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of Massachusetts _____

FILED
IN CLERK'S OFFICE

2005 JAN 21 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS

St. Paul Mercury Insurance Company

V.

The Town of Northbridge

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 · 10081 JLT

TO: (Name and address of Defendant)
The Town of Northbridge
Town Hall
7 Main Street
Northbridge, MA  01534

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210
(617) 217-5238

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(By) DEPUTY CLERK



1/12/05
DATE

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

[body of return illegible — references service by delivery in hand to an agent in charge, for TOWN OF NORTHBRIDGE at MAIN ST, NORTHBRIDGE, MA, with fees for service, travel, conveyance, postage and handling]

*Ronald E. Richard*
**Deputy Sheriff**

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                       Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.