UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>THE TOWN OF NORTHBRIDGE,<br><br>            Defendant | CIVIL ACTION NO. 05-10081-JLT |

## AUTOMATIC DISCLOSURE STATEMENT OF ST. PAUL MERCURY INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 26(A)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and L.R. 26.2(A), Plaintiff St. Paul Mercury Insurance Company ("St. Paul") hereby makes the following disclosures based on its present knowledge of the facts of this case:

### GENERAL OBJECTIONS

St. Paul objects generally to any claim or suggestion that it has any obligation to produce information or documents other than those properly required under the Rules of Civil Procedure, and further objects to any aspect of this process that may be argued to broaden the scope of the pleadings, either directly or by implication.  St. Paul likewise objects to any provision alleged to impose upon it an obligation to divulge any material protected by any privilege, including without limitation the work-product protection and the attorney-client privilege.

These objections are specifically incorporated into each disclosure below, as if set forth therein.  Where St. Paul decides to provide information in spite of an objection, it does so without prejudice or waiver.  Any such disclosure does not amount to an admission or concession as to the merits of any opposing parties' entitlement thereto or of St. Paul's objection

thereto under any circumstances. St. Paul reserves the right to supplement this response as additional information becomes known through the discovery process.

Without waiving and subject to these general objections, St. Paul hereby provides the following automatic disclosures:

A. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT ST. PAUL MAY USE TO SUPPORT ITS CLAIM AND DEFENSES AND THE SUBJECT OF SUCH INFORMATION

1. Susan L. Karlan, Esquire*
   Gerald R. Goucher, Senior Engineer*
   Philip Ermer, Esquire
   St. Paul Travelers
   111 Schilling Road
   Hunt Valley, MD 21030
   (443) 353-2089

\* St. Paul will supplement (A)(1) as soon as it receives the forwarding address and telephone numbers on its former employees.

Subject of Information:

Knowledge and information concerning the investigation, completion, Takeover Agreements, Subcontract Ratification Agreements, substantial completion, warranty claim issues relative to the WWTP Upgrade, Contract No. 2 (the "Project") which is the subject of this lawsuit.

Knowledge and information concerning St. Paul's rights and obligations under the bond.

St. Paul's investigation of the Town of Northbridge's (the "Town's") demand under the performance bond.

St. Paul's communications with Harding & Smith, the Town, Methuen Construction, and others (including consultants and contractors) regarding completion, punchlists, and warranty, of the Project.

St. Paul's inspections of the Project.

St. Paul's rights under the performance bond.

St. Paul's rights under the Takeover Agreement.

St. Paul's plans and arrangements for completing work on the Project.

The Town's demand upon St. Paul under the performance bond.

Communications with the Town regarding issues such as defaults, terminations, and St. Paul's decision to enter into a Takeover Agreement and ratify certain subcontracts.

Information and communications relative to the Project.

Information regarding requisitions for payment issued to the Town by St. Paul.

Requisitions and payment history by St. Paul to Methuen Construction and other subcontractors, vendors, and consultants.

    2.    Rory Moulton
           Joseph Barbone
           Mike D'Antonio
           Charles Fuller
           Rick Noblet
           Brian Kelly
           Chris Smith
           Methuen Construction Company, Inc.
           40 Lowell Road
           Salem, MA

<u>Subject of Information:</u>

Methuen's scope of work under the completion contract.

Methuen's completion of the Project, punchlist, warranty and any and all remediations.

Methuen's use of subcontractors.

Methuen's cost to complete.

    3.    Christopher Rose
           John McManus, Esquire
           Cashin Spinelli & Ferretti, LLC
           710 Main Street, Suite 10
           Plantsville, CT 06470

(860) 628-5559

Subject of Information:

St. Paul's investigation of the Town's demand under the performance bond.

St. Paul's communications with Harding & Smith, the Town, Methuen Construction, and others (including consultants and contractors) regarding completion, punchlists, and warranty, of the Project.

St. Paul's inspections of the Project.

St. Paul's plans and arrangements for completing work on the Project.

Information and communications relative to the Project.

Information regarding requisitions for payment issued to the Town by St. Paul.

Requisitions and payment history by St. Paul to Methuen Construction and other subcontractors, vendors, and consultants.

    4.    Antonio V. Bonilla, Construction Coordinator
        Barry Giorgi
        Joseph Amaranchie
        Edward Nazaretian, P.E.
        Robert Otoski, P.E.
        Camp Dresser & McKee, Inc.
        56 Exchange Terrace, 4th Floor
        Providence, RI  02903
        (401) 751-5360

Subject of Information:

Observations regarding Harding & Smith's workmanship at the site.

Observations regarding Methuen Construction, subcontractors and suppliers at the site.

Observations regarding punchlists at the site.

Observations regarding remediations at the site.

    5.    Donald Doneski, Esquire
        Town Counsel
        Kopelman & Paige
        31 St. James Avenue

>           Boston, MA  02116
>           (617) 556-0007

   Subject of Information:

   Knowledge and information concerning Harding & Smith, the Architect (CDM), completion and its obligations of the Town.

>       6.    Michael Coughlin Town Manager
>             Michael J. Coughlin, Jr.
>             Richard R. Sasseville, Director of Public Works
>             James Madigan, Superintendent of Public Works
>             Town of Northbridge
>             Northbridge, MA

   Subject of Information:

   Knowledge and information concerning Harding & Smith, the Architect (CDM), completion and its obligations of the Town.

>       7.    Albert Bonfatti, Jr.
>             Harding and Smith, Corp.
>             27 Renmer Ave.
>             Walpole, MA 02081

   Subject of Information:

   Knowledge and information of the Project regarding the voluntary default and termination.

>       8.    U.S. Filter Total Mechanical*

   *    Address to be supplemented by St. Paul.

   Subject of Information:

   Generally, knowledge and information concerning the Project.

   B.    DOCUMENTS IN ST. PAUL'S POSSESSION, CUSTODY OR CONTROL THAT MAY BE USED TO SUPPORT ST. PAUL'S CLAIMS OR DEFENSES.

   The following is a list of categories of documents within the possession, custody or control of St. Paul or its counsel at this time relating to the current civil action generally:  it

includes, without prejudice, those documents that St. Paul believes to be related to issues alleged in the pleadings and includes those documents properly available to opposing parties. The listing of any document category or the production of any document does not amount to a waiver by St. Paul or any available privilege or protection, each of which is specifically reserved.

1. Non-privileged correspondence between and among St. Paul, Northbridge, CDM, Cashin Spinelli & Ferretti, Methuen Construction, and representatives of each;

2. Non-privileged documents generated by St. Paul, Northbridge, CDM, Cashin Spinelli & Ferretti, Methuen Construction, and representatives of each;

3. Correspondence and agreements between St. Paul, Northbridge, CDM, Cashin Spinelli & Ferretti, Methuen Construction, and representatives of each; and

4. Non-privileged notes and memoranda maintained by St. Paul.

Copies of the aforementioned documents are currently maintained at the offices of St. Paul's counsel in this case.

C. COMPUTATION OF DAMAGES

All requisitions, invoices and checks will be made available pursuant to the above.

D. INSURING AGREEMENTS

St. Paul is not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered in this case.

                                      Respectfully Submitted,
                                      St. Paul Mercury Insurance Company,
                                      By its attorneys,


                                      /s/ Paula-Lee Chambers _____
                                      Bradford R. Carver, BBO#565396
                                      Paula-Lee Chambers, BBO#566888
                                      CETRULO & CAPONE LLP
                                      Two Seaport Lane, 10th Floor
                                      Boston, MA 02110
Date: April 27, 2005                   (617) 217-5500