UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * * | |
| v. | * * * | Civil Action No. 05-10081-JLT |
| THE TOWN OF NORTHBRIDGE, | * * | |
| Defendant. | * | |

ORDER

May 11, 2005

TAURO, J.

After the Scheduling Conference held on May 11, 2005, this court hereby orders that:

1. The case is stayed for the next sixty (60) days; and

2. A Further Conference is scheduled for July 6, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge