**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**ST. PAUL MERCURY INSURANCE**
    **Plaintiff,**

      **V**                  **CA 05-10081-JLT**

**TOWN OF NORTHBRIDGE,**
    **Defendant.**

**SETTLEMENT ORDER OF DISMISSAL**

**TAURO, D.J.**

   The court having been advised on July 6, 2005 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                       Zita Lovett
                                                          /s/
                                                        _____
                                                       **Deputy Clerk**

July 6, 2005