UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>THE TOWN OF NORTHBRIDGE,<br><br>          Defendant | CIVIL ACTION NO. 05-10081-JLT |

## JOINT MOTION TO EXTEND THE NISI ORDER

After a hearing on July 6, 2005, the Court entered a 60-day NISI Order effective September 6, 2005 as the parties agreed that settlement negotiations were moving forward and the matter should be resolved.  The Plaintiff and the Defendant jointly request an extension of the NISI Order for 15-days or until September 22, 2005 to finalize the settlement negotiations. We will report to the Court once the matter has been settled before the NISI.

Respectfully Submitted,

| St. Paul Mercury Insurance Company,<br>By its Attorneys, | The Town of Northbridge<br>By its attorneys, |
|---|---|
| /s/ Paula-Lee Chambers<br>Bradford R. Carver, BBO#565396<br>Paula-Lee Chambers, BBO#566888<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>(617) 213-7000 | /s/ David J. Doneski by Paula-Lee Chambers<br>David J. Doneski, BBO#546991<br>Kopelman & Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

Dated:  September 6, 2005

34013648v1 856072