UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>THE TOWN OF NORTHBRIDGE,<br><br>      Defendant | CIVIL ACTION NO. 05-10081-JLT |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Mass. R. Civ. P. 41(a)(1)(ii), all parties to the above-entitled action hereby stipulate that this case, limited to the claims, cross-claims and counterclaims asserted herein, be dismissed with prejudice and without costs or fees to any party. The parties further waive all rights of appeal and all other rights of recourse from this dismissal.

Respectfully submitted:

| ST. PAUL MERCURY INSURANCE COMPANY, | TOWN OF NORTHBRIDGE |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ Paula-Lee Chambers | /s/ David J. Doneski by Paula-Lee Chambers |
| Bradford R. Carver, BBO#565396 | David J. Doneski, BBO#546991 |
| Paula-Lee Chambers, BBO#566888 | Richard Thomas Holland, BBO#632661 |
| Hinshaw & Culbertson LLP | KOPELMAN & PAIGE, P.C. |
| 1 International Place, 3rd Floor | 31 St. James Avenue |
| Boston, MA 02110 | Boston, MA 02116 |
| (617) 213-7000 | (617) 556-0007 |
| | |
| Dated: September 20, 2005 | Dated: September 20, 2005 |